# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:19–cv–02533–EGS

CLOSED,TYPE–E

| | |
|---|---|
| AMALGAMATED TRANSIT UNION INTERNATIONAL et al v. UNITED STATES DEPARTMENT OF LABOR et al<br>Assigned to: Judge Emmet G. Sullivan<br>Cause: 05:0706 Judicial Review of Agency Actions | Date Filed: 08/22/2019<br>Date Terminated: 04/30/2020<br>Jury Demand: None<br>Nature of Suit: 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**AMALGAMATED TRANSIT UNION INTERNATIONAL**    represented by **Andrew Dean Roth**
BREDHOFF & KAISER, PLLC
805 15th Street, NW
Suite 1000
Washington, DC 20005
(202) 842–2600
Fax: (202) 842–1888
Email: aroth@bredhoff.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**AMALGAMATED TRANSIT UNION LOCAL 192**    represented by **Andrew Dean Roth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**AMALGAMATED TRANSIT UNION LOCAL 256**    represented by **Andrew Dean Roth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**AMALGAMATED TRANSIT UNION LOCAL 265**    represented by **Andrew Dean Roth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**AMALGAMATED TRANSIT UNION LOCAL 1277**    represented by **Andrew Dean Roth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**AMALGAMATED TRANSIT UNION LOCAL 1309**    represented by **Andrew Dean Roth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **AMALGAMATED TRANSIT UNION LOCAL 1574** | | |
| | | (See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **AMALGAMATED TRANSIT UNION LOCAL 1575** | represented by | **Andrew Dean Roth**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **AMALGAMATED TRANSIT UNION LOCAL 1605** | represented by | **Andrew Dean Roth**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **AMALGAMATED TRANSIT UNION LOCAL 1704** | represented by | **Andrew Dean Roth**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **UNITED STATES DEPARTMENT OF LABOR** | represented by | **Peter M. Bryce**<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20005<br>(202) 616–8335<br>Fax: (202) 616–8470<br>Email: peter.bryce@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **PATRICK PIZZELLA**<br>*in his official capacity as Acting Secretary of the United States Department of Labor* | represented by | **Peter M. Bryce**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Intervenor**

| | | |
|---|---|---|
| **STATE OF CALIFORNIA** | represented by | **Anna Theresa Ferrari**<br>CALIFORNIA DEPARTMENT OF JUSTICE<br>455 Golden Gate Ave.<br>Suite 11000<br>San Francisco, CA 94102<br>(415) 510–3779<br>Email: anna.ferrari@doj.ca.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/22/2019 | Ï 1 | COMPLAINT against PATRICK PIZZELLA, IN HIS OFFICIAL CAPACITY AS ACTING SECRETARY OF THE UNITED STATES DEPARTMENT OF LABOR, UNITED STATES DEPARTMENT OF LABOR ( Filing fee $ 400 receipt number 0090−6336639) filed by AMALGAMATED TRANSIT UNION LOCAL 1309, AMALGAMATED TRANSIT UNION LOCAL 256, AMALGAMATED TRANSIT UNION LOCAL 1574, AMALGAMATED TRANSIT UNION LOCAL 1605, AMALGAMATED TRANSIT UNION LOCAL 192, AMALGAMATED TRANSIT UNION LOCAL 1575, AMALGAMATED TRANSIT UNION INTERNATIONAL, AMALGAMATED TRANSIT UNION LOCAL 265, AMALGAMATED TRANSIT UNION LOCAL 1704, AMALGAMATED TRANSIT UNION LOCAL 1277. (Attachments: # 1 Exhibit Attachment, # 2 Civil Cover Sheet, # 3 Summons U.S. Department of Labor, # 4 Summons Patrick Pizzella, # 5 Summons U.S. Attorney for DC, # 6 Summons U.S. Attorney General)(Roth, Andrew) (Entered: 08/22/2019) |
| 08/26/2019 | Ï | Case Assigned to Judge Emmet G. Sullivan. (zsb) (Entered: 08/26/2019) |
| 08/27/2019 | Ï 2 | SUMMONS (4) Issued Electronically as to PATRICK PIZZELLA, UNITED STATES DEPARTMENT OF LABOR, U.S. Attorney and U.S. Attorney General (Attachment: # 1 Notice and Consent)(zeg) (Entered: 08/27/2019) |
| 09/03/2019 | Ï 3 | STANDING ORDER: The parties are directed to read the attached Standing Order Governing Civil Cases Before Judge Emmet G. Sullivan in its entirety upon receipt. The parties are hereby ORDERED to comply with the directives in the attached Standing Order.. Signed by Judge Emmet G. Sullivan on 09/03/19. (Attachment: Exhibit 1) (mac) (Entered: 09/03/2019) |
| 09/04/2019 | Ï 4 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. UNITED STATES DEPARTMENT OF LABOR served on 8/27/2019 (Roth, Andrew) (Entered: 09/04/2019) |
| 09/04/2019 | Ï 5 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. PATRICK PIZZELLA served on 8/27/2019 (Roth, Andrew) (Entered: 09/04/2019) |
| 09/04/2019 | Ï 6 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 8/27/2019. Answer due for ALL FEDERAL DEFENDANTS by 10/26/2019. (Roth, Andrew) (Entered: 09/04/2019) |
| 09/04/2019 | Ï 7 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 8/27/19. (Roth, Andrew) (Entered: 09/04/2019) |
| 09/23/2019 | Ï 8 | NOTICE of Appearance by Peter M. Bryce on behalf of PATRICK PIZZELLA, UNITED STATES DEPARTMENT OF LABOR (Bryce, Peter) (Entered: 09/23/2019) |
| 10/22/2019 | Ï 9 | MOTION to Intervene by STATE OF CALIFORNIA (Attachments: # 1 Memorandum in Support of Motion to Intervene, # 2 Declaration of Rita Baljian in Support of Motion to Intervene, # 3 Declaration of Denis Mulligan in Support of Motion to Intervene, # 4 Declaration of Phillip A. Washington in Support of Motion to Intervene, # 5 Proposed Answer to Plaintiffs' Complaint, # 6 Proposed Motion to Transfer Venue, # 7 Memorandum in Support of Proposed Motion to Transfer Venue, # 8 Request for Judicial Notice in Support of Motions to Intervene and Transfer Venue, # 9 Text of Proposed Order)(Ferrari, Anna) (Entered: 10/22/2019) |
| 10/23/2019 | Ï 10 | Unopposed MOTION for Extension of Time to File Response/Reply as to 9 MOTION to Intervene by AMALGAMATED TRANSIT UNION INTERNATIONAL, AMALGAMATED TRANSIT UNION LOCAL 1277, AMALGAMATED TRANSIT UNION LOCAL 1309, AMALGAMATED TRANSIT UNION LOCAL 1574, AMALGAMATED TRANSIT UNION LOCAL 1575, AMALGAMATED TRANSIT UNION LOCAL 1605, AMALGAMATED TRANSIT UNION LOCAL 1704, AMALGAMATED TRANSIT UNION LOCAL 192, AMALGAMATED TRANSIT |

| | | |
|---|---|---|
| | | UNION LOCAL 256, AMALGAMATED TRANSIT UNION LOCAL 265 (Attachments: # 1 Text of Proposed Order)(Roth, Andrew) (Entered: 10/23/2019) |
| 10/23/2019 | Ï | MINUTE ORDER granting 10 plaintiffs' motion for an extension of time. Plaintiffs shall file a response to California's motion to intervene by no later than November 19, 2019. Signed by Judge Emmet G. Sullivan on 10/23/2019. (lcegs2) (Entered: 10/23/2019) |
| 10/24/2019 | Ï | Set/Reset Deadlines: Plaintiffs Response To California's Motion To Intervene due by 11/19/2019. (mac) (Entered: 10/24/2019) |
| 10/28/2019 | Ï 11 | ANSWER to Complaint by PATRICK PIZZELLA, UNITED STATES DEPARTMENT OF LABOR.(Bryce, Peter) (Entered: 10/28/2019) |
| 11/19/2019 | Ï 12 | Memorandum in opposition to re 9 MOTION to Intervene filed by AMALGAMATED TRANSIT UNION INTERNATIONAL, AMALGAMATED TRANSIT UNION LOCAL 1277, AMALGAMATED TRANSIT UNION LOCAL 1309, AMALGAMATED TRANSIT UNION LOCAL 1574, AMALGAMATED TRANSIT UNION LOCAL 1575, AMALGAMATED TRANSIT UNION LOCAL 1605, AMALGAMATED TRANSIT UNION LOCAL 1704, AMALGAMATED TRANSIT UNION LOCAL 192, AMALGAMATED TRANSIT UNION LOCAL 256, AMALGAMATED TRANSIT UNION LOCAL 265. (Attachments: # 1 Text of Proposed Order)(Roth, Andrew) (Entered: 11/19/2019) |
| 11/22/2019 | Ï 13 | Consent MOTION for Extension of Time to File *Certified List of Contents of the Administrative Record* by PATRICK PIZZELLA, UNITED STATES DEPARTMENT OF LABOR (Attachments: # 1 Text of Proposed Order)(Bryce, Peter) (Entered: 11/22/2019) |
| 11/26/2019 | Ï | MINUTE ORDER granting 13 consent motion for extension. The parties shall file a certified list of contents of the administrative record by no later than December 12, 2019. Signed by Judge Emmet G. Sullivan on 11/26/2019. (lcegs2) (Entered: 11/26/2019) |
| 11/26/2019 | Ï | Set/Reset Deadlines: Parties Certified List Of Contents Of The Administrative Record due by 12/12/2019. (mac) (Entered: 11/26/2019) |
| 11/26/2019 | Ï 14 | REPLY to opposition to motion re 9 MOTION to Intervene filed by STATE OF CALIFORNIA. (Ferrari, Anna) (Entered: 11/26/2019) |
| 12/12/2019 | Ï 15 | NOTICE *of Filing of Certified List of Contents of Administrative Record Pursuant to Local Rule 7(n)* by PATRICK PIZZELLA, UNITED STATES DEPARTMENT OF LABOR (Bryce, Peter) (Entered: 12/12/2019) |
| 12/19/2019 | Ï | MINUTE ORDER granting 9 motion to intervene by State of California ("California"). Intervention as of right is governed by Rule 24(a) of the Federal Rules of Civil Procedure. In the D.C. Circuit, an applicant must meet four criteria to be granted intervention as of right: (1) the application to intervene must be timely; (2) the applicant must demonstrate a legally protected interest in the action; (3) the action must threaten to impair that interest; and (4) no party to the action can be an adequate representative of the applicant's interests. Karsner v. Lothian, 532 F.3d 876, 885 (D.C. Cir. 2008)(citation omitted). Further, the D.C. Circuit requires the intervenor−applicant to demonstrate standing under Article III of the U.S. Constitution. See In re Endangered Species Act Section 4 Deadline Litigation, 704 F.3d 972, 976 (D.C. Cir. 2013). To demonstrate standing, the intervenor−applicant must show (1) an injury−in−fact that is (a) concrete and particularized and (b) actual and imminent, (2) causal connection between the injury and the conduct that is being complained about, and (3) redressability. See Lujan v. Defenders of Wildlife, 504 U.S. 555, 561 (1992). California has demonstrated standing because, if plaintiffs prevail, the State would lose federal funding to several public transit entities. California meets the criteria for intervention as of right as follows: (1) California filed its motion to intervene at the outset of this case, within two months of the filing of the complaint and before the federal defendants filed an answer; (2) California has a legally protected interest in the action as set forth in the standing analysis supra; (3) |

|  |  |  |
|---|---|---|
|  |  | this case challenges agency action favorable to California which provided for California's federal funding and therefore threatens to impair that interest; and (4) the federal defendants do not adequately represent California's interests because the federal defendants do not stand to lose grant funding in the event the agency action is overturned, moreover the State of California is uniquely situated to explain the import of California's Public Employee's Pension Reform Act of 2013. The Court finds plaintiffs' reliance on Amalgamated Transit Union Int'l, AFL–CIO v. Donovan, 771 F.2d 1551, 1553 (D.C. Cir. 1985), unpersuasive. Donovan concerned "exceptional circumstances" that would justify a motion for intervention filed after the Court of Appeals had decided a case. Id. at 1553. (stating [i]t would be entirely unfair, and an inexcusable waste of judicial resources, to allow a potential intervenor to lay in wait until after the parties and the trial and appellate courts have incurred the full burden of litigation before deciding whether to participate in the judicial proceedings.). The motion to intervene in this matter was filed at the outset of the case and need not be justified by extraordinary circumstances. Because California meets the standing requirement and the requirements under Rule 24(a), California's motion to intervene is granted. It is FURTHER ORDERED that Californias answer is hereby deemed filed. Signed by Judge Emmet G. Sullivan on 12/19/2019. (lcegs2) (Entered: 12/19/2019) |
| 12/19/2019 | Ï | MINUTE ORDER. California's [9–6] motion to transfer venue, filed as an attachment to its motion to intervene, is deemed filed. Plaintiffs are directed respond to the motion to transfer venue by no later than January 17, 2020. California is directed to file a reply by no later than January 24, 2020. Signed by Judge Emmet G. Sullivan on 12/19/2019. (lcegs2) (Entered: 12/19/2019) |
| 12/19/2019 | Ï | Set/Reset Deadlines: Plaintiffs Response To The Motion To Transfer Venue due by 1/17/2020. California Reply due by 1/24/2020. (mac) (Entered: 12/19/2019) |
| 12/19/2019 | Ï 16 | MOTION to Transfer Venue by STATE OF CALIFORNIA (Attachment: # 1 Memorandum in Support)(zsb) (Entered: 01/16/2020) |
| 12/19/2019 | Ï 19 | ANSWER to Complaint by STATE OF CALIFORNIA.(jf) (Entered: 02/24/2020) |
| 01/17/2020 | Ï 17 | RESPONSE re 16 MOTION to Change Venue *Plaintiffs Memorandum of Points and Authorities in Opposition to the Defendant–Intervenor State of Californias Motion to Transfer Venue* filed by AMALGAMATED TRANSIT UNION INTERNATIONAL, AMALGAMATED TRANSIT UNION LOCAL 1277, AMALGAMATED TRANSIT UNION LOCAL 1309, AMALGAMATED TRANSIT UNION LOCAL 1574, AMALGAMATED TRANSIT UNION LOCAL 1575, AMALGAMATED TRANSIT UNION LOCAL 1605, AMALGAMATED TRANSIT UNION LOCAL 1704, AMALGAMATED TRANSIT UNION LOCAL 192, AMALGAMATED TRANSIT UNION LOCAL 256, AMALGAMATED TRANSIT UNION LOCAL 265. (Attachments: # 1 Text of Proposed Order)(Roth, Andrew) (Entered: 01/17/2020) |
| 01/24/2020 | Ï 18 | REPLY to opposition to motion re 16 MOTION to Change Venue filed by STATE OF CALIFORNIA. (Attachments: # 1 Text of Proposed Order)(Ferrari, Anna) (Entered: 01/24/2020) |
| 04/29/2020 | Ï 20 | MEMORANDUM OPINION AND ORDER granting 16 Motion to Change Venue. The Clerks Office is directed to TRANSFER this case to the United States District Court for the Eastern District of California. Signed by Judge Emmet G. Sullivan on 4/29/2020. (lcegs2) (Entered: 04/29/2020) |
| 04/30/2020 | Ï | Set/Reset Deadlines: Transfer due by 5/9/2020. (mac) (Entered: 04/30/2020) |