ANDREW D. ROTH, D.C. Bar No. 414038
BREDHOFF & KAISER, P.L.L.C.
 805 15th Street, N.W., Suite 1000
 Washington, D.C. 20005
 Telephone: (202) 842-2600
 Email: aroth@bredhoff.com

BENJAMIN KERL LUNCH, State Bar No. 246015
NEYHART, ANDERSON, FLYNN & GROSBOLL
 44 Montgomery Street, Suite 2080
 San Francisco, CA 94104-6702
 Telephone: (415) 677-9440
 Fax:  (415) 677-9445
 Email: blunch@neyhartlaw.com

*Attorneys for Plaintiffs*

*[Counsel for additional parties listed on following page]*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMALGAMATED TRANSIT UNION, INTERNATIONAL, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF LABOR, et al.,**<br><br>Defendants,<br><br>**STATE OF CALIFORNIA,**<br><br>Defendant-Intervenor. | 2:20-cv-00953-KJM-DB<br><br>**STIPULATION AND ORDER REGARDING SUMMARY JUDGMENT BRIEFING SCHEDULE; REQUEST FOR REMOTE APPEARANCE AT STATUS CONFERENCE**<br><br>Dept:       3<br>Judge:      The Honorable Kimberly J. Mueller<br>Action Filed: August 22, 2019 |

1

[*Counsel for Additional Parties*]

ETHAN P. DAVIS
Acting Assistant Attorney General
BRAD P. ROSENBERG
Assistant Branch Director
PETER M. BRYCE, IL Bar No. 6244216
Senior Trial Counsel
   United States Department of Justice
   Civil Division, Federal Programs Branch
   1100 L Street, N.W., Rm 11106
   Washington, D.C. 20005
   Telephone: (202) 616-8335
   Fax: (202) 616-8470
   E-mail: peter.bryce@usdoj.gov
*Attorney for Defendants*


XAVIER BECERRA, State Bar No. 118517
Attorney General of California
PAUL STEIN, State Bar No. 184956
Supervising Deputy Attorney General
ANNA FERRARI, State Bar No. 261579
Deputy Attorney General
   455 Golden Gate Avenue, Suite 11000
   San Francisco, CA  94102-7004
   Telephone:  (415) 510-3779
   Fax:  (415) 703-5480
   E-mail:  Anna.Ferrari@doj.ca.gov
*Attorneys for Defendant-Intervenor
the State of California*

**JOINT STIPULATION REGARDING SUMMARY JUDGMENT BRIEFING SCHEDULE**

Pursuant to Civil Local Rule 143, the parties to the above-captioned case submit and stipulate to the following:

WHEREAS, plaintiffs Amalgamated Transit Union International, et al. ("Plaintiffs") filed a complaint on August 22, 2019, challenging an administrative decision to certify federal grant applications to California regional transit agencies as protective of the interests of transit employees under Section 13c of the Urban Mass Transportation Act, 49 U.S.C. § 5333(b), over Plaintiffs' objections based on the California Public Employee Pension Reform Act of 2013, Cal. Gov't Code § 7522 *et seq.* (ECF No. 1);

WHEREAS, defendants United States Department of Labor and Eugene Scalia, in his official capacity as Secretary of the Department of Labor ("Defendants"), submitted a certified list of the contents of the administrative record on December 12, 2019 (ECF No. 15), and has produced the contents of this list;

WHEREAS, on June 3, 2020, this case, having been transferred from the District of Columbia to the Eastern District of California under 28 U.S.C. § 1404(a) on the motion of defendant-intervenor State of California ("Defendant-Intervenor"), was reassigned to the Honorable Kimberly J. Mueller and related to *State of California, et al. v. United States Department of Labor, et al.*, No. 2:13-cv-02069-KJM-DB (ECF No. 28);

WHEREAS, this Court has ordered that a Status (Pretrial Scheduling) Conference be set for October 8, 2020 at 02:30 PM (ECF No. 29);

WHEREAS, this case concerns review of an administrative decision that is appropriate for resolution by summary judgment (*City & Cnty. of San Francisco v. United States*, 130 F.3d 873, 877 (9th Cir. 1997)); and

WHEREAS, in the interest of expedience, the parties wish to stipulate to a mutually agreeable briefing schedule.

NOW, THEREFORE, the parties hereby stipulate and request that the Court enter an order directing the parties to brief cross-motions for summary judgment on the following schedule, and

granting leave to exceed the page limits for motions under the Court's Standing Orders, as specified below:

- Plaintiffs shall file their motion for summary judgment and their supporting brief (limited to 20 pages) by October 2, 2020;
- Defendants and Defendant-Intervenor shall each have the right to file a separate cross-motion for summary judgment, together with a separate brief supporting its cross-motion and opposing Plaintiffs' motion (limited to 30 pages each), by November 17, 2020;
- Plaintiffs shall file a single opposition/reply brief in response to the two separate briefs filed by Defendants and Defendant-Intervenor (limited to 30 pages) by December 17, 2020; and
- Defendants' and Defendant-Intervenor's shall each have the right to file a separate reply to Plaintiffs' opposition/reply brief (limited to 15 pages each) by January 25, 2021.

**REQUEST FOR REMOTE APPEARANCE AT STATUS CONFERENCE**

This briefing schedule, if entered by the Court, would resolve a primary purpose of the Status Conference set for October 8, 2020, should the Court wish to take the Status Conference off calendar.  If the October 8 Status Conference proceeds as scheduled, in the event General Order 618 is no longer in effect, Plaintiffs and Defendants hereby request leave to appear by telephone or videoconference to avoid cross-county travel during the COVID-19 pandemic.  Defendant-Intervenor does not oppose this request.  On the date of the status conference, counsel for Plaintiffs can be reached at 301-659-7107, and counsel for Defendants can be reached at 202-598-3791.

| | | |
|---|---|---|
| 1 | Dated:  August 21, 2020 | Respectfully submitted, |
| 2 | | |
| 3 | | BREDHOFF & KAISER, P.L.L.C. |
| 4 | | */s/  Andrew D. Roth*<br>(as authorized on August 21, 2020) |
| 5 | | |
| 6 | | ANDREW D. ROTH<br>*Attorneys for Plaintiffs* |

Dated:  August 21, 2020

ETHAN P. DAVIS
Acting Assistant Attorney General
BRAD P. ROSENBERG
Assistant Branch Director

*/s/  Peter M. Bryce*
(as authorized on August 21, 2020)

PETER M. BRYCE
Senior Trial Counsel
*Attorney for Defendants*

Dated:  August 21, 2020

XAVIER BECERRA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General

*/s/  Anna Ferrari*

ANNA FERRARI
Deputy Attorney General
*Attorneys for Defendant-Intervenor*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. Plaintiffs' motion for summary judgment and supporting brief, which shall not exceed 20 pages, shall be filed by October 2, 2020. Defendants' and Defendant-Intervenor's cross-motions for summary judgment, together with a separate brief supporting each cross-motion and opposing Plaintiffs' motion, which shall not exceed 30 pages each, shall be filed by November 17, 2020. Plaintiffs' consolidated reply and opposition brief, which shall not exceed 30 pages, shall be filed by December 17, 2020; and Defendants' and Defendant-Intervenor's reply briefs, which shall not exceed 15 pages each, shall be filed by January 25, 2021. Plaintiffs and Defendants may appear remotely at the October 8, 2020 Status Conference.

DATED: September 4, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE