JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
MCGREGOR W. SCOTT
United States Attorney
BRAD P. ROSENBERG
Assistant Director
PETER M. BRYCE
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Rm 11220
Washington, D.C. 20005
Tel: (202) 616-8335; Facsimile: (202) 616-8202
peter.bryce@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALGAMATED TRANSIT UNION, INTERNATIONAL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR, et al.,<br><br>Defendants,<br><br>STATE OF CALIFORNIA,<br><br>Defendant-Intervenor, | **CASE NO. 2:20-cv-00953-KJM-DB**<br><br>**STIPULATION AND REQUEST TO MODIFY BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

This Stipulation and Request is entered into by and between the parties, Plaintiffs Amalgamated Transit Union International, et al. ("Plaintiffs"), Defendants United States Department of Labor and Secretary of Labor Eugene Scalia ("Federal Defendants"), and the State of California ("Defendant-Intervenor"), through their respective undersigned counsel based on the following facts.

1. On September 4, 2020, this Court ordered a briefing schedule on cross-motions for summary judgment. Under that schedule, Plaintiffs have filed their motion for summary judgment on October 2, 2020, and the separate cross-motions of Defendants and Intervenor-Defendant are due

today, November 17, 2020.

2. Counsel for Federal Defendants today identified a previously unanticipated issue that may affect the contours of their legal arguments. In order to allow Federal Defendants to fully present their position, as well as to allow appropriate time for internal review, Federal Defendants respectfully seek an additional thirty days to file their cross-motion for summary judgment.

3. Accordingly, the parties seek to modify the current briefing schedule by extending all deadlines by approximately thirty days for each brief. Federal Defendants' and Defendant-Intervenor's separate cross-motions for summary judgment shall be filed by December 18, 2020. Plaintiffs' consolidated reply and opposition brief shall be filed by January 18, 2021. Federal Defendants' and Defendant-Intervenor's reply briefs shall be filed by February 24, 2021.

4. In the interest of judicial economy, all parties also request that both the February 12 hearing on Plaintiffs' pending summary judgment motion and the Case Management Conference set for that same date be continued to the first available hearing date before this Court falling at least two weeks after February 24, 2021.

Dated: November 17, 2020                    Respectfully submitted,

                                            BREDHOFF & KAISER, P.L.L.C.

                                            */s/ Andrew D. Roth*
                                            (as authorized on November 17, 2020)

                                            ANDREW D. ROTH
                                            *Attorneys for Plaintiffs*

STIPULATION AND REQUEST TO MODIFY BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT

2

Dated:  November 17, 2020

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

BRAD P. ROSENBERG
Assistant Branch Director

*/s/  Peter M. Bryce*

PETER M. BRYCE
Senior Trial Counsel
*Attorney for Defendants*

Dated:  November 17, 2020

XAVIER BECERRA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General

*/s/  Anna Ferrari*
(as authorized on November 17, 2020)

ANNA FERRARI
Deputy Attorney General
*Attorneys for Defendant-Intervenor*

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.  Federal Defendants' and Defendant-Intervenor's separate cross-motions for summary judgment shall be filed by December 18, 2020.  Plaintiffs' consolidated reply and opposition brief shall be filed by January 18, 2021.  Federal Defendants' and Defendant-Intervenor's reply briefs shall be filed by February 24, 2021.  In the interests of judicial economy, the February 12, 2021 hearing on Plaintiffs' pending summary judgment motion, and the Case Management Conference set for that same date, is continued until the first hearing date before this Court falling at least two weeks after February 24, 2021.

DATED:  November 18, 2020.

CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND REQUEST TO MODIFY BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT

3