BRIAN M. BOYNTON
Acting Assistant Attorney General
PHILLIP A. TALBERT
Acting United States Attorney
BRAD P. ROSENBERG
Assistant Director
PETER M. BRYCE
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Rm 11220
Washington, D.C. 20005
Tel: (202) 616-8335; Facsimile: (202) 616-8202
peter.bryce@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALGAMATED TRANSIT UNION, INTERNATIONAL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR, et al., <br><br> Defendants, <br><br> STATE OF CALIFORNIA, <br><br> Defendant-Intervenor, | CASE NO. 2:20-cv-00953-KJM-DB <br><br> **STIPULATION AND REQUEST TO MODIFY SUMMARY JUDGMENT BRIEFING SCHEDULE IN LIGHT OF FEDERAL DEFENDANTS' MOTION TO HOLD THE CASE IN ABEYANCE; ORDER** |

This Stipulation and Request is entered into by and between the parties, Plaintiffs Amalgamated Transit Union International, et al. ("Plaintiffs"), Defendants United States Department of Labor and Secretary of Labor Martin J. Walsh ("Federal Defendants"), and the State of California ("Intervenor-Defendant"), through their respective undersigned counsel based on the following facts.

1.   Plaintiffs Amalgamated Transit Union International and nine of its affiliated California local unions ("Plaintiffs"), assert a claim under the Administrative Procedure Act (APA) challenging the DOL's June 2019 decision to certify certain grants under section 13(c) of the Urban

Mass Transportation Act, 49 U.S.C. § 5333(b).

2. Pursuant to a previously-ordered briefing schedule, Plaintiffs have moved for summary judgment, Federal Defendants and Intervenor-Defendant have separately filed oppositions and cross-motions for summary judgment, and Plaintiffs have filed a combined opposition and reply.

3. On January 20, 2021, following the change in administration, new leadership assumed responsibility for DOL. Shortly thereafter, on February 9, the parties stipulated to a 60-day extension of time for Federal Defendants file their reply brief so that DOL's new leadership would have time to become familiar with the issues in this case. Pursuant to the modified schedule, Federal Defendants' and Intervenor-Defendant's reply briefs are currently due on April 26, 2021, and a Scheduling Conference and Motion Hearing on the pending Motions for Summary Judgment is scheduled for May 28, 2021 at 10 a.m. *See* ECF No. 43.

4. On April 22, 2021, Federal Defendants filed a motion to hold the case in abeyance (the "Abeyance Motion") to allow DOL's new leadership time to decide whether to reconsider its position on the certification question at issue in this case. *See* ECF No. _. Consistent with Local Rule 230 and the Court's Standing Order, *see* ECF No. 29-1, Federal Defendants noticed this Motion for hearing on May 28, 2021 at 10 a.m. *See* Docket Entry Text, ECF No. 44. Plaintiffs consent to the relief sought in the Abeyance Motion, but Intervenor-Defendant opposes such relief.

5. Federal Defendants respectfully submit that, if they are required to file a reply in support of their summary judgment motion by the current April 26 deadline, it would effectively render moot the relief sought in the Abeyance Motion. Federal Defendants further submit that the point of the Abeyance Motion is that DOL has not yet decided whether to change its decision, and thus Federal Defendants are not currently in a position to submit further briefing in support of their pending cross-motion for summary judgment, or to present argument at the May 28 hearing.

6. The parties agree to defer the April 26 summary judgment reply deadline until after the Court rules on the Abeyance Motion, so that the reply deadline will be extended until seven days after any denial of the Abeyance Motion. If the Court fully grants the Abeyance Motion, the reply deadline will be held in abeyance as requested in the motion. To afford Federal Defendants time to

STIPULATION AND REQUEST TO MODIFY SUMMARY JUDGMENT BRIEFING SCHEDULE IN LIGHT OF MOTION TO HOLD CASE IN ABEYANCE

request this relief, the parties also agree that Intervenor-Defendant's reply deadline may be similarly extended.

7. As part of this Stipulation, the parties have also agreed to a schedule on further briefing of Federal Defendants' Abeyance Motion. Pursuant to that schedule, Intervenor-Defendant shall file its response to the Abeyance Motion by April 29, 2021, and Federal Defendants shall file any reply by May 6, 2021. The parties are not requesting oral argument on the Abeyance Motion and ask that the Court issue a ruling on the fully-briefed Abeyance Motion at the Court's first opportunity, even if before the noticed hearing date of May 28, in light of the fact that the hearing on the aforementioned cross-motions for summary judgment is also set for May 28.

Dated: April 22, 2021                                  Respectfully submitted,

                                                       BREDHOFF & KAISER, P.L.L.C.


                                                       */s/  Andrew D. Roth*
                                                       (as authorized on April 22, 2021)

                                                       ANDREW D. ROTH
                                                       *Attorneys for Plaintiffs*




Dated: April 22, 2021                                  BRIAN M. BOYNTON
                                                       Acting Assistant Attorney General

                                                       BRAD P. ROSENBERG
                                                       Assistant Branch Director

                                                       */s/  Peter M. Bryce*

                                                       PETER M. BRYCE
                                                       Senior Trial Counsel
                                                       *Attorney for Defendants*

STIPULATION AND REQUEST TO MODIFY SUMMARY JUDGMENT BRIEFING SCHEDULE IN LIGHT OF MOTION TO HOLD CASE IN ABEYANCE

3

Dated: April 22, 2021

MATTHEW RODRIQUEZ
Acting Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General

*/s/ Anna Ferrari*
(as authorized on April 22, 2021)

ANNA FERRARI
Deputy Attorney General
*Attorneys for Defendant-Intervenor*

## **ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED that the April 26, 2021 deadline for Federal Defendants and Intervenor-Defendant to file their replies in further support of their cross-motions for summary judgment is extended until seven days after any Order denying the Abeyance Motion.

IT IS FURTHER ORDERED that Intervenor-Defendant shall have until April 29, 2021 to file a response to Federal Defendants' Abeyance Motion (ECF 44), and Federal Defendants shall have until May 6 to file a reply.

Dated: May 3, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE