BRIAN M. BOYNTON
Acting Assistant Attorney General
PHILLIP A. TALBERT
Acting United States Attorney
BRAD P. ROSENBERG
Assistant Director
PETER M. BRYCE
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Rm 11220
Washington, D.C. 20005
Tel: (202) 616-8335; Facsimile: (202) 616-8202
peter.bryce@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALGAMATED TRANSIT UNION, INTERNATIONAL, et al., | **CASE NO.  2:20-cv-00953-KJM-DB** |
| Plaintiffs, | |
| v. | **STIPULATION AND REQUEST TO CONTINUE HOLDING THIS CASE IN ABEYANCE AND TO MODIFY SCHEDULE; ORDER** |
| UNITED STATES DEPARTMENT OF LABOR, et al., | |
| Defendants, | |
| STATE OF CALIFORNIA, | |
| Defendant-Intervenor, | |

This Stipulation and Request is entered into by and between the parties, Plaintiffs

Amalgamated Transit Union International, et al. ("Plaintiffs"), Defendants United States Department

of Labor and Secretary of Labor Martin J. Walsh ("Federal Defendants" or "DOL"), and the State of

California ("Intervenor-Defendant" or "California"), through their respective undersigned counsel

based on the following facts.

1.      Plaintiffs in this case assert a claim under the Administrative Procedure Act ("APA")

challenging DOL's June 2019 decision to certify certain grants to California transit agencies (the

STIPULATION AND REQUEST TO CONTINUE HOLDING THIS CASE IN ABEYANCE AND TO MODIFY SCHEDULE;

ORDER

1

1  "2019 Determination") pursuant to Section 13(c) of the Urban Mass Transportation Act, 49 U.S.C. §

2  5333(b) ("UMTA").

3      2.     On September 4, 2020, this Court ordered a briefing schedule on cross-motions for

4  summary judgment.  Pursuant to that schedule, as subsequently modified, Plaintiffs filed their

5  motion for summary judgment on October 2, 2020, Federal Defendants and Intervenor-Defendant

6  separately filed their oppositions and cross-motions on December 18, 2020, and Plaintiffs filed their

7  combined opposition and reply on January 18, 2021.

8      3.     On January 20, 2021, following the change in administration, new leadership

9  assumed responsibility for the Department of Labor. After obtaining an extension of time to allow

10  new agency officials to become familiar with the issues in this case, *see* Minute Order, ECF No. 43,

11  Federal Defendants moved the Court to hold this case in abeyance and stay further proceedings on

12  summary judgment so that the agency could decide whether to reconsider the challenged 2019

13  Determination.  *See* Fed. Mot. Abeyance, ECF No. 44.  Plaintiffs consented to the relief, but

14  Intervenor-Defendant California opposed.  *See* Cal. Opp. Abeyance, ECF No 46.

15      4.     On May 19, 2021, this Court granted in part Federal Defendants' motion to hold the

16  case in abeyance, but declined to order an indefinite stay of proceedings.  *See* Order, ECF No. 51.

17  Instead, the Court modified the existing schedule on summary judgment, resetting the hearing on the

18  parties' cross-motions for August 27, 2021, and requiring any replies in support of the cross-motions

19  to be filed by August 6, 2021.  *See id.* at 3-4.

20      5.     Federal Defendants have continued their deliberations during the temporary abeyance

21  ordered by the Court, but believe that additional time is needed to decide whether to revisit the 2019

22  Determination.  Federal Defendants respectfully submit that the certification issue is complex and

23  significant, and requires fully informed deliberation among DOL leadership at the highest levels,

24  some of whom have only recently joined the Department.  Accordingly, Federal Defendants believe

25  additional time is justified in light of the complexity and significance of the issue, and the relatively

26  short amount of time that current DOL leadership has collectively had to deliberate.

27      6.     Federal Defendants therefore conferred with Plaintiffs and with Intervenor-Defendant

28

STIPULATION AND REQUEST TO CONTINUE HOLDING THIS CASE IN ABEYANCE AND TO MODIFY SCHEDULE; ORDER

about the possibility of extending the existing stay by approximately 60 days, which Federal

Defendants believe will allow the agency to complete its deliberations.  As a result of those

discussions, Federal Defendants agreed to complete their deliberations within the time allotted and

not to seek any further stay or extension of the reply briefs deadline or summary judgment hearing

date.  Plaintiffs and Intervenor-Defendant have agreed to the requested stay and extension on that

condition.

       7.     The parties thus ask the Court to extend the stay by approximately 60 days and to

modify the existing schedule on the parties' cross-motions for summary judgment accordingly.

Under the modified schedule, the August 27, 2021 hearing on the parties' cross motions would be

reset to October 29, 2021, and replies in further support of Federal Defendants' and Intervenor-

Defendant's respective cross-motions would be due no later than October 8, 2021.


Dated:  July 20, 2021                    Respectfully submitted,


                               BREDHOFF & KAISER, P.L.L.C.


                               */s/  Andrew D. Roth*
                               (as authorized on July 20, 2021)

                               ANDREW D. ROTH
                               *Attorneys for Plaintiffs*

Dated:  July 20, 2021

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRAD P. ROSENBERG
Assistant Branch Director

/s/  Peter M. Bryce

PETER M. BRYCE
Senior Trial Counsel
*Attorney for Defendants*

Dated:  July 20, 2021

ROB BONTA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General

/s/  Anna Ferrari
(as authorized on July 20, 2021)

ANNA FERRARI
Deputy Attorney General
*Attorneys for Defendant-Intervenor*

## **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  The hearing on the parties' cross-motions for summary judgment is reset from August 27, 2021 to October 29, 2021 at 10:00 a.m. Reply briefs in support of Federal Defendants' and Intervenor-Defendant's respective cross motions are due by October 8, 2021.

Dated:  August 5, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND REQUEST TO CONTINUE HOLDING THIS CASE IN ABEYANCE AND TO MODIFY SCHEDULE; ORDER

4