BRIAN M. BOYNTON
Acting Assistant Attorney General
PHILLIP A. TALBERT
Acting United States Attorney
BRAD P. ROSENBERG
Assistant Director
JOEL McELVAIN
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 616-8298; Facsimile: (202) 616-8202
joel.l.mcelvain@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| AMALGAMATED TRANSIT UNION, INTERNATIONAL, et al., | CASE NO. 2:20-cv-00953-KJM-DB |
|---|---|
| Plaintiffs, | |
| v. | **NOTICE OF SUBSTITUTION OF COUNSEL-- PROPOSED** |
| UNITED STATES DEPARTMENT OF LABOR, et al., | |
| Defendants, | |
| STATE OF CALIFORNIA, | |
| Defendant-Intervenor, | |

PLEASE TAKE NOTICE of the substitution of Joel McElvain as counsel for Defendants United States Department of Labor and Secretary of Labor Martin J. Walsh ("Federal Defendants") in this matter. By this notice, Peter M. Bryce withdraws as counsel for the Federal Defendants in this matter. Please direct all correspondence relating to this matter to Mr. McElvain, at the address listed below.

Dated: October 26, 2021

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRAD P. ROSENBERG
Assistant Branch Director

/s/ *Peter M. Bryce*
PETER M. BRYCE
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel.: (202) 616-8335
Fax: (202) 616-8202
peter.bryce@usdoj.gov

/s/ *Joel McElvain (by permission)*
JOEL MCELVAIN
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel.: (202) 616-8298
Fax: (202) 616-8202
joel.l.mcelvain@usdoj.gov

IT IS SO ORDERED.

DATED: October 28, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

NOTICE OF SUBSTITUTION OF COUNSEL

2