ROB BONTA (SBN 202668)
Attorney General of California
PAUL STEIN (SBN 184956)
Supervising Deputy Attorney General
ANNA FERRARI (SBN 261579)
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Tel: 415.510.3779 / Fax: 415.703.5480
Email: Anna.Ferrari@doj.ca.gov

THOMPSON COBURN LLP
WARREN L. DEAN, JR. (*pro hac vice*)
1909 K Street, N.W., Suite 600
Washington, DC 20006
Tel: 202.585.6900 / Fax: 202.585.6969
Email: WDean@thompsoncoburn.com
LUKAS SOSNICKI (SBN 295895)
10100 Santa Monica Blvd., Suite 500
Los Angeles, CA 90067
Tel: 310.282.2500 / Fax: 310.282.2501
Email: LSosnicki@thompsoncoburn.com

*Attorneys for Defendant-Intervenor and Cross-Plaintiff the State of California*

[*Counsel for additional parties listed on following page*]

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| AMALGAMATED TRANSIT UNION, INTERNATIONAL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR, et al., <br><br> Defendants. <br><br> THE STATE OF CALIFORNIA, <br><br> Defendant-Intervenor. | Case No. 2:20-cv-00953-KJM-DB <br><br> **JOINT STIPULATION AND ORDER SETTING BRIEFING SCHEDULE** <br><br> [Related Case No. 2:13-CV-02069-KJM-DB] |

THE STATE OF CALIFORNIA,

        Cross-Plaintiff,

    v.

UNITED STATES DEPARTMENT OF LABOR, et al.,

        Cross-Defendants,

AMALGAMATED TRANSIT UNION, INTERNATIONAL, et al.,

        Cross-Defendant-Intervenors.

--------------------------------------------------------

[*Counsel for Additional Parties*]

BRIAN M. BOYNTON
Acting Assistant Attorney General
BRAD P. ROSENBERG
Assistant Branch Director
JOEL McELVAIN, DC Bar No. 448431
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NNW
Washington, D.C. 20005
Telephone: (202) 616-8298
Fax: (202) 616-8470
Joel.L.McElvain@usdoj.gov

*Attorneys for the Federal Defendants and Cross-Defendants*

ANDREW D. ROTH, PHV
BREDHOFF & KAISER P.L.L.C.
805 15th Street, N.W.  Suite 1000
Washington, D.C.  20005
Telephone: (202) 842-2600
Facsimile: (202) 842-1888
Email: aroth@bredhoff.com

BENJAMIN K. LUNCH, State Bar No. 246015
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA 94104-3323
Telephone: (415) 677-9440
Facsimile: (415) 677-9445
Email: blunch@neyhartlaw.com

*Attorneys for Plaintiffs and Cross-Defendants in Intervention Amalgamated Transit Union, International, et al.*

This Joint Stipulation and [Proposed] Order is entered into by and between the parties, plaintiffs and cross-defendants in intervention Amalgamated Transit Union International, et al. ("ATU"), defendants and cross-defendants United States Department of Labor and Secretary of Labor Martin J. Walsh ("Federal Defendants"), and defendant-intervenor and cross-plaintiff the State of California ("State"), through their respective undersigned counsel pursuant to Civil Local Rule 143 based on the following facts:

1. On October 28, 2021, the Federal Defendants issued an administrative determination ("Reconsideration") that is the subject of a cross-complaint (ECF No. 70-1) filed by the State challenging the Reconsideration under the Administrative Procedure Act.

2. In an order filed December 20, 2021 (ECF No. 83), this Court set a hearing on dispositive motions on the State's cross-complaint for February 11, 2022, at 10:00 a.m., and directed the parties to meet and confer about a briefing schedule on such motions.

3. The parties have met and conferred and propose the following arrangements for dispositive motions:

- The Federal Defendants will produce any additional administrative record materials relating to the Reconsideration by no later than January 7, 2022;
- The State will file a cross-motion for summary judgment by January 14, 2022;
- The Federal Defendants will file a consolidated brief consisting of a cross-motion for summary judgment and an opposition to the State's cross-motion by January 26, 2022;
- ATU will file a consolidated brief consisting of a cross-motion for summary judgment and an opposition to the State's cross-motion by January 26, 2022;
- The State will file a consolidated brief or briefs consisting of an opposition to ATU's and the Federal Defendants' cross-motions and a reply in support of the State's cross-motion by February 4, 2022;
- The Federal Defendants and ATU each waive the right to file a reply brief to the State's consolidated opposition/reply brief(s); and
- The parties request leave of court to file opening, opposition, and reply

memoranda that are each up to 30 pages in length;

4. The parties also request leave of court to appear remotely at the February 11, 2022 hearing.

Respectfully submitted,

DATED: December 23, 2021

ROB BONTA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General


By: */s/ Anna Ferrari*
ANNA FERRARI
Deputy Attorney General

*Attorneys for Defendant-Intervenor and Cross-Plainitff the State of California*

DATED: December 23, 2021

THOMPSON COBURN LLP


By: */s/ Warren L. Dean, Jr.*   (as authorized on 12/23/21)
WARREN L. DEAN, JR. (admitted *pro hac vice*)
LUKAS SOSNICKI

*Attorneys for Defendant-Intervenor and Cross-Plainitff the State of California*

DATED: December 23, 2021

BRIAN M. BOYNTON
Acting Assistant Attorney General
BRAD P. ROSENBERG
Assistant Branch Director


By: */s/ Joel McElvain*  (as authorized on 12/23/21)
JOEL McELVAIN

*Attorneys for Federal Defendants and Cross-Defendants*

2
JOINT STIPULATION AND ORDER SETTING BRIEFING SCHEDULE

DATED:  December 23, 2021          BREDHOFF & KAISER P.L.L.C.


                              By:  /s/ Andrew D. Roth    (as authorized on 12/23/21)
                                   ANDREW D. ROTH

                                   *Attorneys for Plaintiffs and*
                                   *Cross-Defendants in Intervention Amalgamated*
                                   *Transit Union International, et al.*


### ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The Federal Defendants shall produce any additional administrative record materials relating to the Reconsideration no later than January 7, 2022.  The State of California shall file a cross-motion for summary judgment by January 14, 2022.  The Federal Defendants and ATU shall each file a cross-motion for summary judgment by January 26, 2022.  The State of California shall file a consolidated reply in support of its cross-motion and opposition to the cross-motions filed by ATU and the Federal Defendants by February 4, 2022.  The Federal Defendants and ATU waive any reply in support of their cross-motions for summary judgment.  Each of the aforementioned briefs may be up to 30 pages in length.   The parties may appear remotely at the February 11, 2022 hearing.

Dated:  December 29, 2021

                                   _____
                                   CHIEF UNITED STATES DISTRICT JUDGE