UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALGAMATED TRANSIT UNION, INTERNATIONAL, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR, et al.,<br><br>  Defendants,<br><br>STATE OF CALIFORNIA,<br><br>  Defendant-Intervenor. | CASE NO. 2:20-cv-00953-KJM-DB<br><br>**ORDER** |

Upon consideration of the parties' joint motion for an extension of time, and the entire record herein, it is hereby

**ORDERED** the motion is granted; and it is further

**ORDERED** the parties' deadline to file the joint status report as directed by the Court's order filed December 28, 2022, is extended to February 17, 2023.

**IT IS SO ORDERED**.

Dated:  February 6, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE