**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| AMALGAMATED TRANSIT UNION, INTERNATIONAL, et al., | Case No. 2:20-cv-00953-KJM-DB |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| UNITED STATES DEPARTMENT OF LABOR, et al., | |
| Defendants. | [Related Case No. 2:13-CV-02069-KJM-DB] |
| THE STATE OF CALIFORNIA, | |
| Defendant-Intervenor. | |
| -------------------------------------------------------- | |
| THE STATE OF CALIFORNIA, | |
| Cross-Plaintiff, | |
| v. | |
| UNITED STATES DEPARTMENT OF LABOR, et al., | |
| Cross-Defendants, | |
| AMALGAMATED TRANSIT UNION, INTERNATIONAL, et al., | |
| Cross-Claim Defendant-Intervenors. | |

JUDGMENT

This action came to hearing before the Honorable Kimberly J. Mueller, Chief United States District Judge for the Eastern District of California, on February 17, 2022, on the following motions (the "Motions"):

1. Cross-Plaintiff State of California's Motion for Summary Judgment, filed on January 14, 2022, on all causes of action in the State's Cross-Complaint (the "Cross-Complaint"), which was deemed filed on December 3, 2021 (ECF No. 87);

2. Cross-Defendant-Intervenors Amalgamated Transit Union's[1] Cross-Motion for Summary Judgment on the State's Cross-Claims, filed on January 26, 2022 (ECF No. 90); and

3. The United States Department of Labor's and Secretary of Labor Martin J. Walsh's Cross-Motion for Summary Judgment on the State's Cross-Claims, filed on January 26, 2022 (ECF No. 92).

On December 28, 2022, the Court entered an order (the "Order") (ECF No. 111) resolving the Motions. For the reasons explained in the Order, **IT IS ORDERED AND ADJUDGED** that:

**JUDGMENT IS HEREBY ENTERED** in favor of the State on the Cross-Complaint, except as to the second cross-claim, which is denied as moot; and

**IT IS FURTHER ORDERED AND ADJUDGED** that:

The Department of Labor's (the "Department") October 28, 2021 Reconsideration (ECF No. 73-3), in which the Department determined that California's Public Employees' Pension Reform Act ("PEPRA") interferes with the continuation of collective bargaining rights protected under Section 13(c)(2) of the Urban Mass Transportation Act ("UMTA"), 49 U.S.C. § 5333(b)(2)(B), is hereby **VACATED** and set aside; and

The Department is **PERMANENTLY ENJOINED** from (1) failing to process grant applications by California transit agencies to the extent required by UMTA and its implementing regulations, or (2) relying on PEPRA as a basis to deny, withhold, delay, or otherwise limit the certification of such grants under Section 13(c) of UMTA; and

---

[1] Cross-Defendant Intervenors include both Amalgamated Transit Union, International and the nine affiliate locals that filed the original complaint in this action.

JUDGMENT

1  The Court will **RETAIN JURISDICTION** to enforce the permanent injunction entered in
2  this case.
3  ENTERED February 21, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE